# United States Court of Appeals
## For the First Circuit

No. 08-2276

FRANKLIN MCCREATH,

Petitioner,

v.

ERIC H. HOLDER, JR.,[*]

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on July 21, 2009 is amended as follows:

On page 4, line 6, "December 12, 2001" should be replaced with "December 12, 1997"

---

[*]    Pursuant to Fed. R. App. P. 43(c)(2), Attorney General Eric H. Holder, Jr. has been substituted for former Attorney General Michael B. Mukasey as the respondent.